

# Fourth Court of Appeals
## San Antonio, Texas

July 28, 2015

No. 04-15-00344-CR

Juan Ruben Sanchez **CERDA**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. 14-CRS-372
Honorable J.R. "Bobby" Flores, Judge Presiding

## O R D E R

The reporter's record was originally due June 22, 2015; however, the court granted the reporter, Jessie Salazar, an extension of time until July 22, 2015 to file the record. Salazar has filed another motion for extension of time, asking for an additional twenty-one days to file the record.

We **grant** the motion and **order** Salazar to file the record by **August 12, 2015.** Salazar is advised that the court will not grant a further extension of time unless she (1) establishes there are extraordinary circumstances that prevent her from timely filing the record, (2) advises the court of what efforts have been expended to prepare the record and the status of completion, and (3) provides the court reasonable assurance the record will be completed and filed by the requested extended deadline.

Because "[t]he trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed," TEX .R. APP. P. 35.3(c), we also order the clerk of this court to serve a copy of this order on the trial court.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of July, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court